156 A.3d 180

CITY OF TRENTON, PLAINTIFF–CROSS–PETITIONER, v. CANNON COCHRAN MANAGEMENT SERVICES, INC., AS SUCCESSOR TO ALLIED RISK SERVICES, INC., DEFENDANT–CROSS–RESPONDENT, AND INSERVCO INSURANCE SERVICES, INC., DEFENDANT, AND CANNON COCHRAN MANAGEMENT SERVICES, INC., THIRD–PARTY PLAINTIFF, v. RAM INSURANCE AGENCY, INC. AND KATHERINE YOUNG, THIRD–PARTY DEFENDANTS.

November 9, 2016

## ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–004921–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.